## Pittsburgh Housing Authority, to use, Appellant, *v.* MSI Corporation et al.

Argued November 15, 1967. *Louis Vaira,* for appellant; *Richard S. Crone,* with him *Crone and Cohen,* for appellees.

Order affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.

## Sachs, Appellant, *v.* The Prudential Insurance Company of America.

Argued November 13, 1967. *Samuel J. Goldstein,* for appellant; *William T. Marsh,* with him *Reed, Smith, Shaw & McClay,* for appellee.

Order affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.